IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DESI LEE HEWETT,

    Plaintiff,

v.                                                      CASE NO. 4:08-cv-00554-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 31, Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, and Doc. 30, a motion for clarification of the Court's order staying the case. In its previous order, the Court directed the Plaintiff to file a motion to award fees under 406(b) within 14 days after counsel receives notice from the Defendant Commissioner as to Plaintiff's past due benefits. The parties agree to allow Plaintiff 30 days, rather than 14. That motion is granted, and Plaintiff shall have the 30 days. With regard to EAJA fees, the government does not oppose the requested fee amount. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    Plaintiff is awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 in the amount of **$3,257.29**.

    **DONE AND ORDERED** this  13th   day of August, 2010

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge